EOD __10/18/02__

FILED-CLERK
U.S. DISTRICT COURT

02 OCT 18 PM 3:01

TEXAS-EASTERN

BY _____

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| AFFILIATED CORPORATE SERVICES, INC. | § § § | |
| vs. | § § | Case No. 4:01CV181 (Judge Brown/Judge Faulkner) |
| CIT FINANCIAL USA, INC., f/k/a NEW COURT FINANCIAL SERVICES INC., successor in interest to AT&T CAPITAL LEASING SERVICES, INC. | § § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced civil action, this Court having heretofore ordered this case be referred to Magistrate Judge Robert Faulkner for all pretrial purposes.

The report of the United States Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Defendant's Motion for Summary Judgment has been presented for consideration, and having made a *de novo* review of the objections raised by Defendant thereto, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendant are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's Motion for Summary Judgment is hereby **DENIED**.

**SIGNED** this 18 day of October, 2002.

*Paul Brown*
PAUL BROWN
UNITED STATES DISTRICT JUDGE